UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **GREYSTONE POINTE COLUMBUS, LLC,** | * * * |
| **Plaintiff,** | * Civil Action File No.: * * |
| **LIBERTY MUTUAL INSURANCE COMPANY** | * * * |
| **Defendant.** | * |

## COMPLAINT

COMES NOW, Plaintiff Greystone Pointe Columbus, LLC, and files this Complaint against Defendant Liberty Mutual Insurance Company, showing this Court as follows:

### I. PARTIES AND JURISDICTION

1.

Liberty Mutual Insurance Company (hereinafter, "Liberty Mutual"), is a foreign insurance company with its principal office located at 175 Berkeley Street, Boston, MA, 02116. Liberty Mutual may be served with process and complaints through its Registered Agent, Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, Gwinnett County, Georgia 30092.

2.

For purposes of citizenship, Defendant Liberty Mutual is a citizen and resident of the State of Massachusetts.

3.

Plaintiff Greystone Pointe Columbus, LLC is a Georgia limited liability company whose principal office is in Columbus, Georgia.

4.

All members of Greystone Pointe Columbus, LLC are citizens and residents of the State of Georgia.

1

5.

This Court has jurisdiction based on diversity of citizenship under 28 U.S.C. § 1332.

6.

Venue is proper as the insurance policy at issue was issued to Plaintiff in Muscogee County, Columbus, Georgia, and a substantial part of the events occurred in this division.

7.

Defendant does business and has agents located in Muscogee County, Georgia; therefore, jurisdiction and venue are proper in this Court.

## II. FACTUAL BACKGROUND

8.

Plaintiff purchased an insurance policy ("policy") from Defendant Liberty Mutual for the purpose of insuring its apartments located at 2100 Old Guard Road, Columbus, Georgia 31902. The policy is attached as Exhibit 1.

9.

Plaintiff suffered significant property damage from a June 18, 2022 fire that was covered by Policy 50 04 04 Builders' Risk Coverage – Scheduled Jobsite Broad and CM 88 94 03 19 Builders' Risk Extension Plus Endorsement, effective April 1, 2022 to April 1, 2023.

10.

As a result of the fire damage claim, Plaintiff suffered losses for Soft Costs and Rental Income in the amount of $136,033.00, and Delay in Completion in the amount of $115,620, for a total loss amount of $251,653.00. *See*, Attached Exhibit 2.

11.

Plaintiff timely made a claim pursuant to the insurance policy with Defendant Liberty Mutual for Soft Costs and Delay in Completion.

12.

Prior to filing this lawsuit, Plaintiff sent a letter to Defendant Liberty Mutual pursuant to O.C.G.A. § 33-4-6 requesting that Liberty Mutual pay Plaintiff's claims for Soft Costs and Delay in Completion.

13.

Defendant refused to meet its obligations under the policy and pay Plaintiff's claims for Soft Costs and Delay in Completion.

## COUNT ONE- BREACH OF CONTRCT

14.

Defendant breached the insurance contract with Plaintiff by refusing to pay Plaintiff's claims for Soft Costs and Delay in Completion.

15.

The insurance policy included a Builder's Risk Extension Plus Endorsement, which states that "this endorsement changes the policy, please read it carefully." The Builder's Risk Extension Plus Endorsement provides that the "*following is a summary of increased limits of insurance and additional coverages provided by this endorsement*."

16.

After informing Plaintiff that the Endorsement *changes the policy by adding additional coverages*, the Builder's Risk Extension Plus Endorsement lists several coverage descriptions and limits of insurance including coverages for "Soft Costs and Rental Income" and "Delay in Completion." Those added coverages included new limits of insurance of $100,000.00 each for "Soft Costs and Rental Income" and "Delay in Completion."

17.

The Builder's Risk Extension Plus Endorsement provides, in pertinent part, as follows:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**BUILDERS' RISK EXTENSION PLUS ENDORSEMENT**

This endorsement modifies insurance provided under the following:

BUILDERS' RISK COVERAGE - SCHEDULED JOBSITE FORM - BROAD FORM
SOFT COST AND RENTAL INCOME ENDORSEMENT

The following is a summary of increased limits of insurance and additional coverages provided by this endorsement. This endorsement is subject to the provisions of "your" policy which means that it is subject to all limitations and conditions applicable to this Coverage Part and Coverage Forms unless specifically deleted, replaced or modified herein.

If loss or damage is covered elsewhere in this policy and under this endorsement, the amount payable under this endorsement will apply excess over the amount payable elsewhere in this policy, unless otherwise stated. Regardless of the amounts payable elsewhere in this policy and under this endorsement, "we" will not pay more than the actual amount of the covered loss or damage.

| Coverage Description | Limit of Insurance |
|---|---|
| Additional Limit - Debris Removal | $ 250,000 |
| Emergency Removal - Time Limit | 30 Days |
| Emergency Removal Expenses | $ 50,000 |
| Limited Fungus Coverage | $ 100,000 |
| Waterborne Property | $ 100,000 |
| Contract Penalty | $ 50,000 |
| Expediting Expenses | $ 250,000 |
| Re-Erection Of Scaffolding, Forms, And Falsework | $ 50,000 |
| Fire Department Service Charges | $ 50,000 |
| Ordinance Or Law, Increased Cost to Repair and Cost to Demolish/Clear Site | |
| Building Is Repaired Or Replaced | $ 500,000 |
| Building Is Not Repaired Or Replaced | $ 500,000 |
| Personal Property | $ 50,000 |
| Pollutant Cleanup And Removal | $ 100,000 |
| Rewards | $ 25,000 |
| Sewer Backup | $ 50,000 |
| Storage Locations | $ 500,000 |
| Testing | $ 100,000 |
| Transit | $ 500,000 |
| Trees, Shrubs, And Plants | |
| At A Covered Jobsite | $ 100,000 |
| Away From A Covered Jobsite | $ 10,000 |
| Blueprints And Construction Documents | $ 50,000 |
| Inflation Increase | 5% |

| Coverage Description | Limit of Insurance |
|---|---|
| Contract Change Order | 5% |
| Claim Preparation Expense | $ 50,000 |
| Construction Trailers And Contents | $ 250,000 |
| Equipment Breakdown | $ 100,000 |
| Fire Protective Equipment Recharge | $ 25,000 |
| Green Building Construction Costs | $ 50,000 |
| Blanket Additional Loss Payees, Additional Insureds And/Or Mortgagees | Included |
| Interests Of Subcontractors, Sub-Subcontractors And Suppliers | Included |
| Soft Costs And Rental Income - Added Expenses | $ 100,000 |
| Delay In Completion - Extra Expense | $ 100,000 |

18.

Even though the Builder's Risk Extension Plus Endorsement added coverage for Soft Costs and Rental Income and Delay in Completion, Defendant Liberty Mutual refused to pay Plaintiff's claims.

19.

Defendant Liberty Mutual refused to pay Plaintiff's claim for Soft Costs and Delay in Completion because, according to Liberty Mutual, Plaintiff's insurance policy does not include an additional Soft Cost Rental Income Endorsement.

20.

A Soft Cost Rental Income Endorsement could have provided additional insurance in excess of the $100,000.00 each for "Soft Costs and Rental Income" and "Delay in Completion" that was included in the Builder's Risk Extension Plus Endorsement.

21.

The fact that Plaintiff did not purchase an additional Soft Cost Rental Income Endorsement does not negate the coverages that were added in the Builder's Risk Extension Plus Endorsement.

22.

Plaintiff is entitled to recover $200,000.00, plus interest, for its claims for Soft Costs and Delay in Completion.

**COUNT TWO- BAD FAITH REFUSAL TO PAY UNDER THE INSURANCE POLICY**

23.

On September 29, 2023, Plaintiff provided a written demand required by O.C.G.A. § 33-4-6 giving Defendant Liberty Mutual sixty (60) days to accept Plaintiff's demand for payment. *See*, Exhibit 3.

24.

Defendant refused the demand claiming that Plaintiff does not have coverage for Soft Costs and Delay in Completion notwithstanding the plain language of the Builder's Risk Extension Plus Endorsement adding such coverage.

25.

Plaintiff suffered losses for Soft Costs and Rental Income in the amount of $136,033.00, and Delay in Completion in the amount of $115,620, for a total loss amount of $251,653.00.

26.

Defendant refused Plaintiff's demand to pay the insurance limits in the total amount of $200,000.00 for Plaintiff's claims for Soft Costs and Delay in Completion.

27.

Plaintiff is entitled to recover a fifty percent (50%) penalty plus reasonable attorney fees for Liberty Mutual's bad faith refusal to pay the claim pursuit to O.C.G.A. § 33-4-6.

WHEREFORE, Plaintiff prays as follows:

a) That summons and process issue and the Defendant be served with a copy of this complaint as required by law;

b) That Plaintiff be awarded damages to include, interest, statutory bad faith damages and attorney fees;

c) That Plaintiff recover all costs of this court; and,

d) For such other relief as this court deems just and proper under the circumstances.

This 5th day of October, 2023.

**CHARLES A. GOWER, P.C.**

*s/ Charlie A. Gower*
Charlie A. Gower
Georgia Bar No. 303500
Charlie@cagower.com
Austin Gower

                                    Georgia Bar No.: 303528  
                                    Austin@cagower.com  
                                    Miranda J. Brash  
                                    Georgia Bar No. 475203  
                                    Miranda@cagower.com  
                                    Shaun P. O'Hara  
                                    Georgia Bar No.: 749503  
                                    Shaun@cagower.com  

1425 Wynnton Road  
Post Office Box 5509 (mailing)  
Columbus, Georgia 31906  
Telephone: (706) 324-5685